UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60372-CR-SINGHAL

UNITED STATES OF AMERICA

vs.

JASON JARROD WILLIAMS,

       Defendant.
_____/

## FACTUAL PROFFER FOR CHANGE OF PLEA

*Should this matter have proceeded to trial, the Government's evidence would establish beyond a reasonable doubt the following:*

1. On April 22, 2019, law enforcement personnel responded to West Park in Broward County, Florida in response to reported narcotics activity. As law enforcement personnel began to investigate, they observed Jason Jarrod Williams (hereinafter "the defendant"), who was sitting in the driver's seat of a white Jeep, immediately exit the Jeep and begin to walk away from it. Law enforcement personnel approached the Jeep and observed, in plain view, a box containing suspect marijuana sitting in the center console. They also smelled a strong odor of marijuana emanating from the vehicle. Law enforcement personnel temporarily detained the defendant and the two female occupants of the Jeep. The suspect marijuana field tested positive for the presence of marijuana. Law enforcement personnel learned the defendant had an active arrest warrant for being a felon in possession and carrying a concealed firearm. They took the defendant into custody without incident.

2. A search of the vehicle revealed a pill bottle in the driver's side door panel containing eleven (11) bags of suspected heroin, one (1) bag of suspected cocaine, and eight (8) buspirone pills. The suspected heroin and cocaine field tested positive for the presence of heroin and cocaine, respectively. Under the driver's seat, law enforcement personnel located a Glock, Model 17, 9mm semi-automatic pistol loaded with sixteen (16) rounds of 9mm ammunition.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2-11-2020

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

Date: Feb 11, 2020

By: _____
DARYL E. WILCOX
ATTORNEY FOR DEFENDANT

Date: Feb. 11, 2020

By: _____
JASON JARROD WILLIAMS
DEFENDANT

2